IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>    Plaintiffs,<br><br>v.<br><br>A. R. BEX AND SONS, INC.<br><br>    Defendant. | CASE NO. 08-CV-1887<br><br>JUDGE KENDALL |

## MOTION FOR AGREED JUDGMENT ORDER

Plaintiffs, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., by their attorney, David P. Lichtman, move this court to enter agreed judgment in favor of the Plaintiffs and against the Defendant in the sum of $20,751.98. In support, Plaintiffs state as follows:

1. The Parties have jointly agreed to a final judgment in favor of the Plaintiffs and against the Defendant, A.R. BEX AND SONS, INC., in the sum of **$20,751.98,** representing amounts in ERISA contributions, interest on ERISA contributions, liquidated damages, dues, and reasonable attorney fees and costs. **(See Exhibit A, Agreed Judgment Order)**

1

WHEREFORE, Plaintiffs pray that their motion for agree judgment is entered in favor of the Plaintiffs and against the Defendant in the amount of $20,751.98.

Respectfully submitted,

By: /s/ David P. Lichtman

Attorney for Plaintiffs (6290051)
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700  Fax (312) 251-9701

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>A. R. BEX AND SONS, INC.<br><br>Defendant. | CASE NO. 08 CV 1887<br><br>JUDGE KENDALL |

## AGREED JUDGMENT ORDER

THIS MATTER coming on to be heard pursuant to the agreement of the parties, due notice having been given and the court being fully advised in the premises;

IT IS HEREBY ORDERED, that a final judgment is entered in favor of the Plaintiffs and against the Defendant, A.R. BEX AND SONS, INC., in the sum of $20,751.98 representing the following amounts:

| | |
|---|---|
| a) ERISA contributions (February 2008 - March 2008) | $15,671.04 |
| b) Interest on ERISA Contributions (February 2008 - March 2008) | $82.38 |
| c) Liquidated damages (October 2007 - March 2008) | $1,075.98 |
| d) Dues (February 2008 - March 2008) | $2,310.08 |
| e) Attorney Fees and Costs | $1,612.50 |
| **Total** | **$20,751.98** |

    FURTHERMORE, the Plaintiffs agree to stay execution of this Order for 30 days from the date of its entry.

| Plaintiffs | Defendant |
|---|---|
| /s/ David P. Lichtman | *[signature]* |
| Attorney for Plaintiffs | Defendant's Owner/Registered Agent |

ENTERED:

_____
HONORABLE VIRGINIA M. KENDALL

DATE: _____