IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND          Plaintiffs, v. A. R. BEX AND SONS, INC.          Defendant. | CASE NO. 08-CV-1887 JUDGE KENDALL |

**NOTICE OF MOTION**

To:   Ms. Paula D. Bex
      President and Registered Agent
      A.R. BEX AND SONS, INC.
      2 South 178 Chillem Dr.
      Batavia, Illinois 60510

   PLEASE TAKE NOTICE that on **Tuesday, June 10, 2008** I shall appear before the Honorable Judge Virginia M. Kendall at **9:00 a.m. in Courtroom 2319**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present Motion for Agreed Judgment Order.

                    Respectfully Submitted

                    By: /s/ David P. Lichtman


David P. Lichtman (6290051)
WHITFIELD McGANN & KETTERMAN
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone:  312-251-9700 Fax: 312-251-9701