IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND ) ) ) ) ) ) ) ) Plaintiffs, ) ) v. ) A. R. BEX AND SONS, INC. ) ) Defendant. ) | CASE NO. 08-CV-1887  JUDGE KENDALL |

## CERTIFICATE OF SERVICE

TO:   Ms. Paula D. Bex
      President and Registered Agent
      A.R. BEX AND SONS, INC.
      2 South 178 Chillem Dr.
      Batavia, Illinois 60510

I, David P. Lichtman, hereby certify that on May 22, 2008 I electronically filed the following:   *Motion for Agreed Judgment* and *Notice of Motion,* with in the United States District Court, Northern District of Illinois, Eastern Division. Copies of the same were sent to the above via U.S. Mail.

Dated this  22nd day of May, 2008.

By: /s/  David P. Lichtman

David P. Lichtman
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago Illinois, 60601
(312) 251-9700  Fax (312) 251-9701