# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                                                  Plaintiff,

v.                                                          Case No.:
                                                            1:08−cv−01887

                                                            Honorable Virginia
                                                            M. Kendall

A. R. Bex and Sons, Inc.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The Motion for Agreed Judgment ORder [10] is granted. The 6/10/08 presentment date for said motion is stricken; no appearance is required. Enter Agreed Judgment Order. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.