IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND )))))))     Plaintiffs, ))  v. )) A. R. BEX AND SONS, INC. ))     Defendant. ) | CASE NO. 08 CV 1887  JUDGE KENDALL |

**SATISFACTION**
**RELEASE OF JUDGMENT**

The Judgment Creditors, the Trustees of the Regional Council of Carpenters Pension, Welfare and Apprentice Trainee Funds, by their attorney, David P. Lichtman, having received full satisfaction and payment, releases the judgment entered against A.R. Bex and Sons, Inc. on May 23, 2008 for $20,751.98.

/s/ DAVID P. LICHTMAN
David P. Lichtman
Attorney for Judgment Creditor
Dated:  June 3, 2008

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701